UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

This Document Relates to:

*Haley Cummings vs.*                              No. 3:11-cv-20006-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Yevgeniya Volfson v.*                              No. 3:10-cv-10341-DRH-PMF
*Bayer HealthCare Pharmaceuticals,Inc., et al,*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal with prejudice filed in this Court on July 17, 2012 , plaintiff's complaint is **DISMISSED** with prejudice. Each party shall bear their own fees and costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sandy Pannier*
         **Deputy Clerk**

DATED: July 24, 2012

David R. Herndon
2012.07.24
05:47:07 -05'00'

APPROVED:
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**